IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 3:15-cr- 431-K |
| MAN KHAC NGUYEN (1) | § | |
| ROBERT GEORGE POLLARD (2) | § | |
|    a/k/a "Lil Rob" or "Regency Rob" | § | |
| CHRIS HAFLEY (3) | § | |
| STACY DAWN MASSON (4) | § | |
| ALICIA LEANNE FREEMAN (5) | § | |
| CRISTAL LAZARO (6) | § | |
| LAURA CHRISTINE CRUMPLEY (7) | § | |
| ROXIE MOSES (8) | § | |

## Motion to Unseal Indictment

The United States of America, by and through the United States Attorney for the Northern District of Texas, requests that the Court unseal the Indictment as to all defendants for all purposes in this case.

While three defendants are not currently in custody, the government does not believe it is necessary for the Indictment to remain sealed at this time. Therefore, the government requests that the Court unseal the Indictment in this case for all purposes.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Errin Martin
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Suite 300
Dallas, Texas 75242
214.659.8838